77,653-07

Cause 772266

Thomas R. Poole
V.
State of Texas

232nd District Court
1201 Franklin St
Houston Texas 77002

＊

＊

＊

Writ          of          Mandamus

Respectfully Submitted
Thomas Poole
Pro se

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 26 2015

Abel Acosta, Clerk

cause 772266

Thomas R. Poole
V.
State of Texas

＊

＊

＊

232nd District Court
1201 Franklin St
Houston Texas 77002

Writ          of          Mandamus

RE: To said Cause Number for Habeas Corpus 11.07

I Thomas Poole pro se file this Writ of Mandamus
within the Criminal Court of Appeal for said court
to compell District Court of Cause number to send
Habeas Corpus on to the Higher Court.

Prayer

Wherefore Premises Prays that this Court will grant this Writ of Mandamus to Compell said District Court to send Habeas Corpus 11.07 onto the Higher Court of Appeal.

Respectfully Submitted
Thomas Poole

Certificate of Service

I, Thomas Poole certify that the Information within this Writ of Mandamus to the best of my Knowledge is True and Correct.

Respectfully Submitted
Thomas Poole

TDC #1519076
Chase Field Trustee Camp
9 75 Afstie
Bee Texas 78102